**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Rochelle A. Manfra<br><br>           Debtor<br><br>Carrington Mortgage Services LLC, or its Successor or Assignee<br>           Movant<br>      vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Rochelle A. Manfra<br>           Respondents | Chapter 13<br>Bankruptcy No. 24-10372 |

### CERTIFICATION OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST OF SERVICE FOR SERVICE OF PAPERS

    I, Marisa Myers Cohen, attorney for Carrington Mortgage Services LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Appearance and Request of Service for Service of Papers, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: February 19, 2024

| | | |
|---|---|---|
| Rochelle A. Manfra<br>207 Watkins Street<br>Philadelphia, PA 19148 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>Attorney for Debtor | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>Trustee<br><br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107<br>U.S. Trustee |

/s/ Marisa Myers Cohen
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Carrington Mortgage Services LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com