**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                    :        **CHAPTER  13**
**Rochelle A. Manfra**
        **DEBTOR**            :        **BKY. NO. 24-10372-amc**

O R D E R

     AND NOW, this            day of                    ,  2024    upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

     It is Ordered that the Motion is Granted. Debtor has until **3/05/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon.  Ashely M. Chan
U.S. Bankruptcy Court Judge