United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10372-amc |
| Rochelle A. Manfra | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 1
Date Rcvd: Feb 22, 2024  Form ID: pdf900  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rochelle A. Manfra, 207 Watkins St, Philadelphia, PA 19148-1913 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARISA MYERS COHEN | on behalf of Creditor Carrington Mortgage Services LLC ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rochelle A. Manfra help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :        CHAPTER 13
Rochelle A. Manfra
     DEBTOR                                       :        BKY. NO. 24-10372-amc

O R D E R

AND NOW, this **22nd** day of **Feb.**, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **3/05/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge