UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | | Chapter 13 |
|---|---|---|
| | Rochelle A. Manfra | Bankruptcy No. 24-10372-AMC |
| | Debtor | |

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 02/05/2024.

3.      This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

     WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 05/20/2024                                    Respectfully submitted,

                                                   */s/ Ann Swartz, Esq.*
                                                   Ann Swartz, Esq.
                                                   for
                                                   Scott F. Waterman, Esq.
                                                   Standing Chapter 13 Trusteee
                                                   2901 St. Lawrence Avenue, Suite 100
                                                   Reading, PA  19606
                                                   Telephone: (610) 779-1313