# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Rochelle A. Manfra<br>           Debtor<br>       and<br><br>   David Manfra<br>           Codebtor<br><br>Carrington Mortgage Services LLC, or its Successor or Assignee<br>           Movant<br>       vs.<br><br>Scott F. Waterman, Trustee<br>Rochelle A. Manfra<br>David Manfra<br>           Respondent(s) | Chapter 13<br>Bankruptcy No. 24-10372 |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Marisa Myers Cohen, attorney for Carrington Mortgage Services LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: May 24, 2024

| | | |
|---|---|---|
| Rochelle A. Manfra<br>207 Watkins Street<br>Philadelphia, Pennsylvania 19148-1913<br><br>David Manfra<br>207 Watkins Street<br>Philadelphia, Pennsylvania 19148<br>Co-Debtor | Michael A. Cibik,<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania 19102<br>Attorney for Debtor<br><br>U.S. Trustee<br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, Pennsylvania 19107 | Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, Pennsylvania 19606<br>Trustee |

/s/ Marisa Myers Cohen
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Carrington Mortgage Services LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com