# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10372-AMC |
| Rochelle A. Manfra, | Chapter 13 |
| Debtor. | Related to ECF No. 27 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Objection to Motion for Relief from Stay, which was filed with the Court as ECF No. 27. Thank you.

Date: June 25, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com