# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Rochelle A. Manfra<br>              Debtor<br>        and<br><br>     David Manfra<br>              Co-Debtor<br><br>Carrington Mortgage Services LLC, or its Successor or Assignee<br>              Movant<br>           vs.<br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Rochelle A. Manfra<br>David Manfra<br>              Respondents | Chapter 13<br>Bankruptcy No. 24-10372<br><br><br>Ref. No. 22 |

**CERTIFICATION OF NO OBJECTION TO MOTION OF CARRINGTON MORTGAGE SERVICES LLC OR ITS SUCCESSOR OR ASSIGNEE FOR RELIEF FROM THE AUTOMATIC STAY**

I, Andrew M. Lubin, Esquire, Counsel for Carrington Mortgage Services LLC or its Successor or Assignee, hereby certify that no answer has been served or filed to the Motion for Relief of Carrington Mortgage Services LLC or its Successor or Assignee and that a Default Order may be entered granting relief from the Automatic Stay.

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Carrington Mortgage Services LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com