**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Rochelle A. Manfra<br>            Debtor<br>        and<br><br>    David Manfra<br>            Codebtor<br><br>Carrington Mortgage Services LLC, or its Successor or Assignee<br>            Movant<br>        vs.<br><br>Scott F. Waterman, Trustee<br>Rochelle A. Manfra<br>David Manfra<br>            Respondent(s) | Chapter 13<br>Bankruptcy No. 24-10372 |

**ORDER**

AND NOW, this 27th day of June, 2024, it is hereby ORDERED that the automatic stay of Bankruptcy Code '362(a) and 1301 be, and the same hereby is, MODIFIED to permit Carrington Mortgage Services LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 207 Watkins Street, Philadelphia, Pennsylvania 19148, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, Pennsylvania 19606

Marisa Myers Cohen, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

Michael A. Cibik, Esquire
Cibik & Cataldo
1500 Walnut Street
Suite 900
Philadelphia, Pennsylvania 19102

Rochelle A. Manfra
207 Watkins Street
Philadelphia, Pennsylvania 19148

David Manfra
207 Watkins Street
Philadelphia, Pennsylvania 19148
Codebtor

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, Pennsylvania 19107