United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                               Case No. 24-10372-amc
Rochelle A. Manfra                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 18, 2024      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rochelle A. Manfra, 207 Watkins St, Philadelphia, PA 19148-1913 |
| 14856535 | + | Carrington Mortgage Services, LLC, Marisa Myers Cohen, Esq., McCabe, Weisberg & Conway, LLC, 1420 Walnut St, Ste 1501, Philadelphia, PA 19102-4015 |
| 14854707 | + | McCabe, Weisberg & Conway, 1420 Walnut St Ste 1501, Philadelphia, PA 19102-4015 |
| 14854713 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14854722 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14907562 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor., Philadelphia, PA 19102 |
| 14854702 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14882807 | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14854699 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2024 00:06:26 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864456 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2024 00:20:46 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14858286 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Jul 19 2024 00:00:00 | Carrington Mortgage Services, LLC, c/o Celink, Attn Bankruptcy Department,, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14854701 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2024 00:20:46 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14854703 | | Email/Text: bankruptcy@philapark.org | Jul 19 2024 00:00:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14854704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2024 00:00:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14854705 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 19 2024 00:05:50 | First Premier Bank, Attn: Bankruptcy, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 5524, Sioux Falls, SD 57117-5524 |
| 14854706 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2024 00:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14867085 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2024 00:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14854700 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2024 00:20:58 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14854708 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 19 2024 00:00:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14854709 | | Email/Text: fesbank@attorneygeneral.gov | Jul 19 2024 00:00:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14854710 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14854711 | ^ | MEBN | Jul 18 2024 23:58:42 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14854712 | ^ | MEBN | Jul 18 2024 23:58:21 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14854714 | | Email/Text: bankruptcy@philapark.org | Jul 19 2024 00:00:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14854715 | + | Email/Text: ngisupport@radiusgs.com | Jul 18 2024 23:59:00 | Radius Global Solution, 7831 Glenroy Rd Suite 250, Minneapolis, MN 55439-3117 |
| 14854716 | ^ | MEBN | Jul 18 2024 23:58:34 | Reverse Mortgage Funding, LLC, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14854717 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:21:10 | SYNCB/Ikea, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14854718 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:06:31 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14854719 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:21:10 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14854720 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:20:57 | Synchrony Bank/Linen N' Things, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14854721 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:05:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14854723 | | Email/Text: dbogucki@trumark.org | Jul 19 2024 00:00:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 14854724 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 19 2024 00:00:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14854725 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 19 2024 00:00:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14854726 | ^ | MEBN | Jul 18 2024 23:57:59 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14854727 | + | Email/Text: Bankruptcy@wsfsbank.com | Jul 19 2024 00:00:00 | WSFS Bank, Attn: Bankruptcy 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 33

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Carrington Mortgage Services LLC nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| MARISA MYERS COHEN | on behalf of Creditor Carrington Mortgage Services LLC ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rochelle A. Manfra help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Rochelle A. Manfra<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-10372-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 18, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE